# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| KEVIN JOHN BRADY, | : | |
| --- | --- | --- |
| Plaintiff | : | NO. 3:15-CV-477 |
| | : | |
| v. | : | (Judge Nealon) |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Acting Commissioner | : | |
| of Social Security, | : | |
| Defendant | : | [FILED VIA ECF] |

FILED SCRANTON SEP 1 2 2016

## ORDER

AND NOW, this 12th day of September, 2016, upon consideration of the afore-stated Stipulation, it is hereby,

ORDERED that Plaintiff, Kevin John Brady, is awarded Five Thousand Two Hundred ($5200) in attorney fees under the EAJA. The attorney fees will be paid directly to Plaintiff, Kevin John Brady, and sent to the business address of Plaintiff's counsel, Patrick J. Best, in Stroudsburg, PA. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.

If such a debt(s) exists, the Government will reduce the awarded attorney fees and costs in this Order to the extent necessary to satisfy such debt(s).

BY THE COURT:

*[signature]*

WILLIAM J. NEALON
United States District Court Judge